UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHEN XIE GIN,   CASE NO: 08-21368-CIV-KING-WHITE

    Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY,

    Respondent.
_____/

**ORDER DIRECTING CLERK TO TRANSFER TO
MIDDLE DISTRICT OF FLORIDA**

THIS CAUSE is before the Court upon the May 14, 2008 Report and Recommendation of Magistrate Judge Patrick A. White (D.E. #3), recommending transfer of venue pursuant to 28 U.S.C. §2241. No objections have been filed by Petitioner and the time to do so has passed.

The instant petition for writ of habeas corpus was filed pursuant to 28 U.S.C. §§2241-43. The applicable venue provision for a §2241 action is subsection (d), which provides concurrent jurisdiction in the district of confinement and the district of conviction, when a state conviction is attacked as unconstitutional. Petitioner does not attack the validity of his conviction, therefore the appropriate venue is the district of confinement. Petitioner is confined at the Moore Haven Detention Center which is located in the Middle District of Florida. This Court concludes that the R&R contains

thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED and DECREED that the above-styled case *Chen Xie Gin v. Department of Homeland Security*, Case No. 08-21368-CIV-KING be, and the same is hereby transmitted to the Clerk of Court for proper transfer to the Middle District of Florida pursuant to 28 U.S.C. §1406(a).

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 29th day of May, 2008.

```
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA
```

cc: Steven Larimore
    Court Administrator - Clerk of Court

*Petitioner*
Xie Qin Chen
Alien No. 77-317-866
Glades County Detention Facility
1995 East Stake Road 78 NW
Moore Haven, FL 33471

*Respondent*
Milton Aponte
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami, FL 33132
305-961-9404
Fax: 530-7139
Email: Milton.Aponte2@usdoj.gov